UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:17-cr-35-FL-1

UNITED STATES OF AMERICA

vs.                              ORDER TO SEAL

MARKELL DESETTAN WIGGINS
_____

      Upon motion of defendant and for good cause shown, it is hereby ORDERED that the following documents be sealed: those certain documents filed as DE # 267.

      So ORDERED this the 10th day of May, 2018.

_____
LOUISE W. FLANAGAN
U.S. DISTRICT JUDGE