UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:17-cr-35-FL-1

UNITED STATES OF AMERICA

vs.                      <u>ORDER TO SEAL SUBMISSION</u>
                             <u>OF DOCUMENTS</u>

MARKELL DESETTAN WIGGINS
_____

Upon motion of defendant and for good cause shown, it is hereby ORDERED that the following documents be sealed: those certain documents filed as DE # 281.

So ORDERED this the  23rd  day of July, 2018.

_____
LOUISE W. FLANAGAN
U.S. DISTRICT JUDGE