IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:17-CR-35-FL-1

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | ORDER |
| MARKELL DESETTAN WIGGINS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's motion to amend his presentence investigation report (DE 302). On June 27, 2019, the court advised defendant that it intended to recharacterize his motion as a 28 U.S.C. § 2255 motion and allowed him time to respond. Defendant has responded that he does not want his motion recharacterized as one seeking relief under § 2255, and he also wishes to withdraw the motion. Accordingly, the court treats the instant motion as withdrawn, and the clerk is DIRECTED to terminate the motion.

SO ORDERED, this the 19th day of July, 2019.

LOUISE W. FLANAGAN
United States District Judge